IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GORDON BELLO f/k/a
JESUS FERNANDEZ, JR.,

    Plaintiff,

vs.                                            Case No.:1:19-cv-23825-UU

JERRY FALWELL, JR.,


    Defendant.

**Defendant's Notice of Filing Defendant's Pending Motion to Dismiss
and Related Filings from the State Court Action**

Defendant, Jerry Falwell, Jr., ("Falwell" or "Defendant"), as required by S.D.Fla.L.R. 7.2, hereby files a true and correct copy of Falwell's pending motion to dismiss Plaintiff's *Amended Complaint*, which Falwell filed in the state court proceeding on September 10, 2019.[1] Falwell further files all documents previously filed in support thereof and in opposition to this motion.

Specifically, Falwell hereby files the following documents from the state court action:

1. *Defendant Jerry Falwell, Jr.'s Motion to Dismiss the Amended Complaint Filed by Plaintiff Gordon Bello* (State Court Filing #95438087, Sept. 10, 2019), a true and correct copy of which is attached here as Exhibit 1.

2. *Defendant Jerry Falwell, Jr.'s Notice of Filing Affidavit* [Jerry Falwell, Jr.] *in Support of Motion to Dismiss for Lack of Personal Jurisdiction* (State Court Filing

---

[1] While undersigned counsel is cognizant of of this Court's *Order to Show Cause* [D.E. 4], issued earlier today, Falwell remains obligated under S.D.Fla.L.R. 7.2 to file these materials within seven days of the notice of removal [D.E. 1], and so proceeds with this filing now in order to assure compliance with the local rule.

#81612736, Dec. 4, 2018), a true and correct copy of which is attached here as Exhibit 2.

3. *Defendant Jerry Falwell, Jr.'s Notice of Filing Affidavit* [Christopher Doyle] *in Support of Motion to Dismiss for Lack of Personal Jurisdiction* (State Court Filing #81829427, Dec. 7, 2018), a true and correct copy of which is attached here as Exhibit 3.

4. *Plaintiff's Notice of Re-Filing Plaintiff's Affidavit in Support of Jurisdiction; Said Exhibits Now With Redactions as to Email Addresses* (State Court Filing #89917552, May 21, 2019), a true and correct copy of which is attached here as Exhibit 4.[2]

                      Respectfully submitted,

By:   s/ Joshua Spector
       Joshua Spector, Esq. (FBN 584142)
       joshua@spectorlegal.com
       LAW OFFICES OF JOSHUA SPECTOR, P.A.
       283 Catalonia Avenue, Suite 200
       Coral Gables, Florida 33134
       Tel. (786) 786-7272
       *Counsel for Mr. Falwell*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      s/Joshua Spector
                      *Counsel for Mr. Falwell*

---

[2] For the sake of completeness, Falwell includes Exhibit 4, though Plaintiff filed same prior to Falwell's filing of the pending *Defendant Jerry Falwell, Jr.'s Motion to Dismiss the Amended Complaint Filed by Plaintiff Gordon Bello* (Exh. 1). Falwell includes Exhibit 4 because the pending motion to dismiss draws on the affidavits of Jerry Falwell, Jr. (Exh. 2) and Christopher Doyle (Exh. 3). Similarly, Plaintiff's filing (Exhibit 4) responded in opposition to same.