|  |  |
|---|---|
| JESUS FERNANDEZ, JR., | IN THE CIRCUIT COURT OF THE<br>11TH JUDICIAL CIRCUIT IN AND FOR<br>MIAMI-DADE COUNTY, FLORIDA |
| Plaintiff,<br>v. | CIRCUIT CIVIL<br>CASE NO.: 2017-021496-CA-01 |
| JERRY FALWELL, JR., et al., | |
| Defendants.<br>_____/ | |

### Defendant Jerry Falwell, Jr.'s Notice of Filing Affidavit in Support of Motion to Dismiss for Lack of Personal Jurisdiction

COMES NOW Defendant, Jerry Falwell, Jr., by and through undersigned counsel, hereby gives notice of filing the attached affidavit of Christopher Doyle, in support of his previously filed motion to dismiss for lack of personal jurisdiction (attached hereto as **Exhibit A**).

Respectfully submitted December 7, 2018.

                                                                                    ALLEN, DYER, DOPPELT + GILCHRIST, PA
                                                                                    1221 Brickell Avenue, Suite 2400
                                                                                    Miami, FL 33131
                                                                                     Tel: (305) 374-8303

                                                                                     BY:   */s/ Joshua B. Spector*
                                                                                     Joshua B. Spector, Esq.
                                                                                     Fla. Bar. No. 0584142
                                                                                     jspector@allendyer.com

CASE NO.: 2017-021496-CA-01

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2018, the undersigned electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record.

Rolando A. Diaz
Fla. Bar No. 963150
rdiaz@DLG-lawyers.com
mail@DLG-lawyers.com
DIAZ LAW GROUP
Dadeland Centre I
9155 S. Dadeland Blvd., Suite 1218
Miami, FL  33156
Telephone:  (305) 777-3500

                                              BY:  ***/s/ Joshua B. Spector***
                                                    Joshua B. Spector, Esq.

# Exhibit A

|  | IN THE CIRCUIT COURT OF THE<br>11TH JUDICIAL CIRCUIT IN AND FOR<br>MIAMI-DADE COUNTY, FLORIDA |
|---|---|
| JESUS FERNANDEZ, JR., | |
| Plaintiff, | CIRCUIT CIVIL |
| v. | CASE NO.: 2017-021496-CA-01 |
| JERRY FALWELL, JR., et al., | |
| Defendants._____/ | |

## Sworn Affidavit of Christopher Doyle

COMMONWEALTH OF VIRGINIA    ]
                            ]
COUNTY OF CHESTERFIELD      ]

Before me, the undersigned authority, personally appeared Christopher Doyle, who was sworn and stated:

1. I am a resident of Chesterfield County, Virginia, and a citizen of the United States.

2. I am over the age of majority.

3. This affidavit is made based on my personal knowledge.

4. I am a principal of Comeback Inn, LLC, a limited liability company with its principal place of business and core executive functions in Midlothian, Virginia.

5. Comeback Inn is a Virginia company that invests in real property development projects.

6. Jerry Falwell, Jr. ("Mr. Falwell"), has never been a member of Comeback Inn.

7. Rebecca Falwell, Mr. Falwell's spouse, is a member of Comeback Inn.

9. Comeback Inn has never engaged in business in Florida.

10. Comeback Inn did evaluate properties in Florida with Mr. Falwell's input and advice.

11. I visited Florida with the Falwell family on one occasion to view potential investment properties.

12. Thereafter, I conducted due diligence on the property at 810, 814, and 820 Alton Road (collectively, the "Alton Road Property").

13. In that trip to Florida for Comeback Inn, I met once with individuals that I understand and believe to be Mr. Jesus Fernandez, Jr. ("Mr. Fernandez") and/or his father, Jesus Fernandez, Sr.

14. Neither Mr. Fernandez nor Jesus Fernandez, Sr., served as a broker, realtor, or any sort of agent or contractor for Comeback Inn.

15. With regard to the Alton Road Property and Florida, Comeback Inn only used a realtor named Luigi Gallegos.

16. At no time did Comeback Inn form any agreement with Mr. Fernandez or Jesus Fernandez, Sr.

17. At no time did Comeback Inn make any offer of equity or employment to, or for the benefit of, Jesus Fernandez, Jr.

18. Neither Mr. Falwell nor Giancarlo Granda have ever had the authority of Comeback Inn to make an offer of equity in, or employment by, Comeback Inn.

19. After my visit to Florida I continued to conduct due diligence on the Alton Road Property.

20. Ultimately, Comeback Inn determined to not proceed with a purchase of the Alton Road Property.

21. Thereafter, Comeback Inn assigned the purchase and sale agreement to Alton Hostel, LLC.

22. Comeback Inn never purchased the Alton Road Property and has no interest in the Alton Road Property or in Alton Hostel, LLC.

**FURTHER AFFIANT SAYETH NAUGHT**

Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true and correct to the best of my knowledge and recollection.

_____
Christopher Doyle

SWORN TO and subscribed before me on this 30th day of November, 2018, Christopher Doyle, who is:

☒ Personally known to me; or
___ Produced _____ as identification.

Notary Seal:

_____
Notary Public

KARI ANN FORDEN
Notary Public
Commonwealth of Virginia
300577
My Commission Expires Oct 31, 2021