## Affidavit of Jerry Falwell, III

COMMONWEALTH OF VIRGINIA ]
]
COUNTY OF CAMPBELL ]

Before me, the undersigned authority, personally appeared Jerry Falwell, III, who was sworn and stated:

1. I am a resident of Campbell County, Virginia, and a citizen of the United States, and over the age of majority.

2. I am also known as "Trey Falwell."

3. I am a manager of Alton Hostel, LLC.

4. Among the business records kept in the ordinary course of business by Alton Hostel, LLC, are payroll records (including W-2s) for the company.

5. Based on my review of payroll records for Alton Hostel, LLC, I can attest that Giancarlo Granda, another manager of Alton Hostel, LLC, was paid gross salary over the last six years (through September 17, 2019) totaling $108,944.00.

6. Also, as a member and manager of Alton Hostel, LLC, I can attest that Giancarlo Granda is a member of the LLC and has a 24.9% ownership interest.

**FURTHER AFFIANT SAYETH NAUGHT.**

Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true and correct to the best of my knowledge and recollection.

_____
Jerry Falwell, III

The foregoing instrument was acknowledged before me, _Jerry Falwell III_____, Notary Public, this 24th day of _September_, 2019, by Jerry Falwell, III, who has presented identification of _VA driver's license_ or who is personally known by me.

_____
Notary Public

Registration Number: 7529358

My commission expires: 8/31/20



Amanda Gail Stanley
Commonwealth of Virginia
Notary Public
Commission No. 7529358
My Commission Expires 8/31/2020