**NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**
**MIAMI-DADE COUNTY TAXING AUTHORITIES**

**DO NOT PAY**
**THIS IS NOT A BILL**

Reprint of FOLIO: 02-4203-001-0540   3921

ALTON HOSTEL LLC
3200 SUNNYMEADE RD
RUSTBURG, VA 24588
USA

FOLIO: 02-4203-001-0540
MILLAGE CODE: 0200

PROPERTY ADDRESS:
810 ALTON RD

LEGAL DESCRIPTION:
FLEETWOOD SUB    PB 28-34
LOT 28    BLK 3
AND PROP INT IN & TO COMMON

180447    XB1

## TAXING AUTHORITIES

| TAX INFORMATION | COLUMN 1 | COLUMN 2 | | COLUMN 3 | COLUMN 4 If NO Budget Change is Adopted Rolled-back | | COLUMN 5 If Proposed Budget Change is Adopted | |
|---|---|---|---|---|---|---|---|---|
| TAXING AUTHORITY | Last Year's Taxable Value | Last Year's Tax Rate (millage) | Your Property Taxes Last Year | Current Taxable Value | Tax Rate (millage) | Taxes | Tax Rate (millage) | Taxes |
| **MIAMI-DADE COUNTY:** | | | | | | | | |
| Countywide | 4,600,000 | 4.6669 | 21,467.74 | 3,800,000 | 4.4560 | 16,932.80 | 4.6669 | 17,734.22 |
| Library | 4,600,000 | 0.2840 | 1,306.40 | 3,800,000 | 0.2694 | 1,023.72 | 0.2840 | 1,079.20 |
| **PUBLIC SCHOOLS:** | | | | | | | | |
| By State Law | 4,600,000 | 4.2560 | 19,577.60 | 3,800,000 | 4.0196 | 15,274.48 | 4.0270 | 15,302.60 |
| By Local Board | 4,600,000 | 2.2480 | 10,340.80 | 3,800,000 | 2.1231 | 8,067.78 | 2.9980 | 11,392.40 |
| **MUNICIPAL:** | | | | | | | | |
| Miami Beach | 4,600,000 | 5.7288 | 26,352.48 | 3,800,000 | 5.5522 | 21,098.36 | 5.7288 | 21,769.44 |
| **WATER MANAGEMENT:** | | | | | | | | |
| SFWM District | 4,600,000 | 0.1209 | 556.14 | 3,800,000 | 0.1152 | 437.76 | 0.1152 | 437.76 |
| Everglades CP | 4,600,000 | 0.0417 | 191.82 | 3,800,000 | 0.0397 | 150.86 | 0.0397 | 150.86 |
| Okeechobee Basin | 4,600,000 | 0.1310 | 602.60 | 3,800,000 | 0.1246 | 473.48 | 0.1246 | 473.48 |
| **INDEPENDENT DISTRICT:** | | | | | | | | |
| F.I.N.D. | 4,600,000 | 0.0320 | 147.20 | 3,800,000 | 0.0304 | 115.52 | 0.0320 | 121.60 |
| Children's Trust | 4,600,000 | 0.4415 | 2,030.90 | 3,800,000 | 0.4195 | 1,594.10 | 0.4680 | 1,778.40 |
| **VOTER APPROVED DEBT PAYMENTS:** | | | | | | | | |
| County Debt | 4,600,000 | 0.4644 | 2,136.24 | 3,800,000 | 0.4780 | 1,816.40 | 0.4780 | 1,816.40 |
| School Debt | 4,600,000 | 0.2290 | 1,053.40 | 3,800,000 | 0.1230 | 467.40 | 0.1230 | 467.40 |
| City Debt | 4,600,000 | 0.1600 | 736.00 | 3,800,000 | 0.2933 | 1,114.54 | 0.2933 | 1,114.54 |
| **TOTAL AD VALOREM PROPERTY TAXES** | | | 86,499.32 | | | 68,567.20 | | 73,638.30 |
| **TOTAL AD VALOREM AND NON-AD VALOREM PROPERTY TAXES** | | | 86,499.32 | | | 68,567.20 | | 73,638.30 |

| HEARING INFORMATION | The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing. |
|---|---|
| **TAXING AUTHORITY** | **PUBLIC HEARING DATE, LOCATION AND TIME** |
| Miami-Dade County | 9/05, 5:01 PM, BOARD OF COUNTY COMMISSION CHAMBERS, 111 NW 1 ST, 2ND FL, (305) 499-8766 |
| Public Schools | 9/04, 6:00 PM, BOARD AUDITORIUM, SCHOOL BOARD ADM BLDG, 1450 NE 2 AVE, (305) 995-1226 |
| Miami Beach | 9/11, 5:01 PM, MB CITY HALL, 1700 CONVENTION CENTER DR, 3 FL, (305) 673-7510 EXT 6396 |
| Water Management Districts | 9/12, 5:15 PM, SFWMD AUDITORIUM, 3301 GUN CLUB RD, B-1 BLDG, WPB, FL, (561) 686-8800 |
| F.I.N.D. | 9/12, 5:30 PM, PALM BCH SHORES TOWN HALL, 247 EDWARDS LN, PALM BCH SHORES, (561) 627-3386 |
| Children's Trust | 9/09, 5:01 PM, UNITED WAY-ANSIN BLDG, RYDER ROOM, 3250 SW 3 AVE, MIAMI, (305) 571-5700 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT Provided on this Notice at the request of governing boards. Tax Collector will include on November Tax Bill. | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|
| | | | | |
| **TOTAL NON-AD VALOREM ASSESSMENTS (This amount is included in Total Property Taxes above)** | | | | 0.00 |

## PROPERTY APPRAISER

| VALUE INFORMATION | MARKET VALUE | ASSESSED VALUE – School levy | ASSESSED VALUE - Non-School levy |
|---|---|---|---|
| PRIOR VALUE (2018) | 4,600,000 | 4,600,000 | 4,600,000 |
| CURRENT VALUE (2019) | 3,800,000 | 3,800,000 | 3,800,000 |

| ASSESSMENT REDUCTIONS | APPLIES TO | 2018 REDUCTION AMOUNT | 2019 REDUCTION AMOUNT |
|---|---|---|---|
| | | | |

| EXEMPTIONS | APPLIES TO | 2018 EXEMPTION AMOUNT | 2019 EXEMPTION AMOUNT |
|---|---|---|---|
| | | | |

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected, please contact the Miami-Dade County Property Appraiser at: (305) 375-4712   111 NW 1 STREET 8TH FLOOR   (8:00 AM TO 5:00 PM)

If the Property Appraiser is unable to resolve the matter as to market value, classification or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://www.miami-dadeclerk.com/property_vab.asp   Petitions must be filed on or before SEPT. 17, 2019.

Your final tax bill may contain non-ad valorem assessments which may not be reflected on this note, such as assessments for road, fire, garbage, lighting, drainage, water, sewer or other governmental services and facilities which may be levied by your county, city or any special district.

See 2019 Online TRIM Guide for Explanations of the Columns above

THIS IS A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF THE MIAMI DADE COUNTY PROPERTY APPRAISER

111 NW First Street, Suite 710
Miami, Fl 33128-1984

06

NOTICE OF PROPOSED PROPERTY TAXES
PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
MIAMI-DADE COUNTY TAXING AUTHORITIES

**DO NOT PAY**
**THIS IS NOT A BILL**

179651      XA1

Reprint of FOLIO: 02-4203-001-0540   3921

ALTON HOSTEL LLC
3200 SUNNYMEADE RD
RUSTBURG, VA 24588
USA

FOLIO: 02-4203-001-0540
MILLAGE CODE: 0200

PROPERTY ADDRESS:
810 ALTON RD

LEGAL DESCRIPTION:
FLEETWOOD SUB      PB 28-34
LOT 28      BLK 3
AND PROP INT IN & TO COMMON

## TAXING AUTHORITIES

| TAX INFORMATION | COLUMN 1 | COLUMN 2 | | COLUMN 3 | COLUMN 4 If NO Budget Change is Adopted Rolled-back | | COLUMN 5 If Proposed Budget Change is Adopted | |
|---|---|---|---|---|---|---|---|---|
| TAXING AUTHORITY | Last Year's Taxable Value | Last Year's Tax Rate (millage) | Your Property Taxes Last Year | Current Taxable Value | Tax Rate (millage) | Taxes | Tax Rate (millage) | Taxes |
| **MIAMI-DADE COUNTY:** | | | | | | | | |
| Countywide | 4,600,000 | 4.6669 | 21,467.74 | 4,600,000 | 4.4251 | 20,355.46 | 4.6669 | 21,467.74 |
| Library | 4,600,000 | 0.2840 | 1,306.40 | 4,600,000 | 0.2683 | 1,234.18 | 0.2840 | 1,306.40 |
| **PUBLIC SCHOOLS:** | | | | | | | | |
| By State Law | 4,600,000 | 4.5260 | 20,819.60 | 4,600,000 | 4.2585 | 19,589.10 | 4.2560 | 19,577.60 |
| By Local Board | 4,600,000 | 2.2480 | 10,340.80 | 4,600,000 | 2.1151 | 9,729.46 | 2.2480 | 10,340.80 |
| **MUNICIPAL:** | | | | | | | | |
| Miami Beach | 4,600,000 | 5.7224 | 26,323.04 | 4,600,000 | 5.4727 | 25,174.42 | 5.7288 | 26,352.48 |
| **WATER MANAGEMENT:** | | | | | | | | |
| SFWM District | 4,600,000 | 0.1275 | 586.50 | 4,600,000 | 0.1209 | 556.14 | 0.1209 | 556.14 |
| Everglades CP | 4,600,000 | 0.0441 | 202.86 | 4,600,000 | 0.0417 | 191.82 | 0.0417 | 191.82 |
| Okeechobee Basin | 4,600,000 | 0.1384 | 636.64 | 4,600,000 | 0.1310 | 602.60 | 0.1310 | 602.60 |
| **INDEPENDENT DISTRICT:** | | | | | | | | |
| F.I.N.D. | 4,600,000 | 0.0320 | 147.20 | 4,600,000 | 0.0302 | 138.92 | 0.0320 | 147.20 |
| Children's Trust | 4,600,000 | 0.4673 | 2,149.58 | 4,600,000 | 0.4415 | 2,030.90 | 0.4415 | 2,030.90 |
| **VOTER APPROVED DEBT PAYMENTS:** | | | | | | | | |
| County Debt | 4,600,000 | 0.4000 | 1,840.00 | 4,600,000 | 0.4644 | 2,136.24 | 0.4644 | 2,136.24 |
| School Debt | 4,600,000 | 0.2200 | 1,012.00 | 4,600,000 | 0.2290 | 1,053.40 | 0.2290 | 1,053.40 |
| City Debt | 4,600,000 | 0.1664 | 765.44 | 4,600,000 | 0.1600 | 736.00 | 0.1600 | 736.00 |
| **TOTAL AD VALOREM PROPERTY TAXES** | | | 87,597.80 | | | 83,528.64 | | 86,499.32 |
| **TOTAL AD VALOREM AND NON-AD VALOREM PROPERTY TAXES** | | | 87,597.80 | | | 83,528.64 | | 86,499.32 |

| HEARING INFORMATION | The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing. |
|---|---|
| **TAXING AUTHORITY** | **PUBLIC HEARING DATE, LOCATION AND TIME** |
| Miami-Dade County | 9/06, 5:01 PM, BOARD OF COUNTY COMMISSION CHAMBERS, 111 NW 1 ST, 2ND FL., (305) 499-8766 |
| Public Schools | 9/05, 6:00 PM, SCHOOL BOARD AUDITORIUM, 1450 NE 2 AVE. MIAMI, (305) 995-1226 |
| Miami Beach | 9/12, 5:01 PM, CITY HALL, 1700 CONVENTION CENTER DR, 3 FL., (305) 673-7000 EXT 6396 |
| Water Management Districts | 9/13, 5:15 PM, SFWMD AUDITORIUM, 3301 GUN CLUB RD, B-1 BLDG, WPB, FL., (561) 686-8800 |
| F.I.N.D. | 9/06, 5:30 PM, RIVIERA BCH MARINA EVENT CENTER, 190 E 13 ST, RIVIERA BEACH, (561) 627-3386 |
| Children's Trust | 9/04, 5:01 PM, UNITED WAY-ANSIN BLDG, RYDER ROOM, 3250 SW 3 AVE, MIAMI, (305) 571-5700 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT Provided on this Notice at the request of governing boards. Tax Collector will include on November Tax Bill. | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|
| | | | | |
| **TOTAL NON-AD VALOREM ASSESSMENTS (This amount is included in Total Property Taxes above)** | | | | 0.00 |

## PROPERTY APPRAISER

| VALUE INFORMATION | MARKET VALUE | ASSESSED VALUE – School levy | ASSESSED VALUE - Non-School levy |
|---|---|---|---|
| PRIOR VALUE (2017) | 4,600,000 | 4,600,000 | 4,600,000 |
| CURRENT VALUE (2018) | 4,600,000 | 4,600,000 | 4,600,000 |
| ASSESSMENT REDUCTIONS | APPLIES TO | 2017 REDUCTION AMOUNT | 2018 REDUCTION AMOUNT |
| | | | |
| EXEMPTIONS | APPLIES TO | 2017 EXEMPTION AMOUNT | 2018 EXEMPTION AMOUNT |
| | | | |

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected, please contact the Miami-Dade County Property Appraiser at:  (305) 375-4712   111 NW 1 STREET 8TH FLOOR  (8:00 AM TO 5:00 PM)

If the Property Appraiser is unable to resolve the matter as to market value, classification or an exemption, you may file a petition for adjustment with the Value Adjustment Board.  Petition forms are available online at http://www.miami-dadeclerk.com/property_vab.asp.  Petitions must be filed on or before

SEPT. 18, 2018.

Your final tax bill may contain non-ad valorem assessments which may not be reflected on this note, such as assessments for road, fire, garbage, lighting, drainage, water, sewer or other governmental services and facilities which may be levied by your county, city or any special district.

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 2 of 15

See 2018 Online TRIM Guide for Explanations of the Columns above

THIS IS A TRUE COPY ON FILE IN THE OFFICE OF THE RECORD MIAMI-DADE COUNTY PROPERTY APPRAISER

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 3 of 15

FOLIO   02 4203 001 0540   PROP ADDR 810 ALTON RD

```
2018 Current                                    LAND RECORD CARD                    Generated Date: 09/17/2019
DOR CODE:      3921 HOTEL OR MOTEL : HOTEL     OFFICE OF THE PROPERTY APPRAISER      Roll Year: 2018
                                                               STATUS: ACTIVE    EFLG:
                                  ** Note: values are subject to change due to tax roll corrections **
---------------------------------------------------------------------------------------------------------------
TOTAL LOT SIZE:     10,500 S    USE CODE:         3921    ZONING 1: 6400 COMMERCIAL - CENTRAL
MKT LND VAL:     2,625,000      OVERALL RATE:      0.00   ZONING 2: 0000
AG MKT VAL:             0       AG VALUE:             0   AG DIFF:         0
ZNG ORDN:                       LND CHG:                  LND CHG DATE:

MARKET LAND
    CODE DESCRIPTION           ZONE TYP   FF   DEPTH    DFAC    %COND      UNITS     UNITPRC    ADJUPRC     VALUE     OVERRVAL
    10  GENERAL                6400  S   0.00  0.00   1.0000   1.00   10,500.00     250.00     250.00   2,625,000
    INF CODE   REASON


CLASSIFIED AG

MARKET AG
```

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

2018 Current
DOR CODE:    3921 HOTEL OR MOTEL : HOTEL

BUILDING RECORD CARD
OFFICE OF THE PROPERTY APPRAISER
STATUS: ACTIVE    EFLG:

Generated Date: 09/17/2019
Roll Year: 2018

** Note: values are subject to change due to tax roll corrections **

----------------------------------------------------------------------------------------------------

BUILDING INFORMATION

| BLDG# | SEGID | ACTYR | EFFAGE | TYPE | DT | CLASS | GRADE | BASEPRICE | TOTADJPTS | ADJBASEPRC | ADJAREA | REPCOSTNEW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1939 | 1959 | 0040 | 02 | 1 | 0 | 63.00 | 155 | 97.65 | 2,690 | 262,678 |

| FUNC | ECON | PHYS | %GOOD | ITEMS | DEPRVALUE | OVERRVALUE | TOTALVALUE | ADJ.AREA | STYLE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 144,473 | | 0 | 2,690 | 61 | Retail Row Store |

BEDROOMS: 0    BATHROOMS: 0    HALF-BATHS: 0    FLOORS: 2    UNITS: 0

SUBAREA INFORMATION

| DESCRIPTION | YEAR ON | ACTUAL AR | ADJ AREA | DEPR VAL |
|---|---|---|---|---|
| Retail | 2016 | 2,646 | 2,646 | 142,110 |
| Storage/Util | 2016 | 60 | 30 | 1,611 |
| Stairs, Exterior Open | 2016 | 42 | 14 | 752 |

STRUCTURAL ELEMENTS INFORMATION

| CATEGORY | POINTS |
|---|---|
| Exterior Wall | 30.00 |
| Electrical | 12.00 |
| Plumbing | 8.00 |
| Interior Walls | 22.00 |
| Interior Flooring | 8.00 |
| Roofing Structure | 14.00 |
| Roofing Cover | 7.00 |
| Foundation | 13.00 |
| Frame | 5.00 |
| Grade | 36.00 |
| TOTAL | 155.00 |

EXTRA FEATURES INFORMATION

| XFCD DESCRIPTION | SEG | UNITS | UNITPRC | ACYR | EFYR | DT | NOTES | OR% | %GD | DEPRECVAL | OVERRVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0119 Sprinkler System/Auto - Dry (Halon, Chemical) | 1 | 40 | 1.75 | 1989 | 1989 | 02 | Permit B8900374 | 1 | 1 | 52 | |
| 0004 Cent A/C - Comm (Aprox 300 sqft/Ton) | 1 | 25 | 1,500.00 | 1985 | 1985 | 02 | | 1 | 1 | 26,250 | |
| 0053 Wrought Iron Fence | 1 | 25 | 43.00 | 1990 | 1990 | 02 | | 1 | 1 | 806 | |
| 0095 Patio - Wood Deck | 1 | 1,836 | 7.00 | 2010 | 2010 | 02 | EST | 1 | 1 | 12,209 | |
| TOTAL XF VALUE BLDG   1: | | | 39,317 | | | | | | | | |

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 4 of 15

DEFENDANTS RESPONSE IN OPPOSITION ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 5 of 15

FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

2018 Current                                    BUILDING RECORD CARD                    Generated Date: 09/17/2019
DOR CODE:    3921 HOTEL OR MOTEL : HOTEL    OFFICE OF THE PROPERTY APPRAISER            Roll Year: 2018
                                                STATUS: ACTIVE     EFLG:
                                  ** Note: values are subject to change due to tax roll corrections **
-------------------------------------------------------------------------------------------------------------
BUILDING INFORMATION
 BLDG# SEGID ACTYR EFFAGE TYPE DT  CLASS    GRADE   BASEPRICE  TOTADJPTS  ADJBASEPRC  ADJAREA  REPCOSTNEW
   1     2   1939   1959  0040 02    1        0       63.00      141        88.83      2,508    222,786

     FUNC   ECON   PHYS  %GOOD ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE   ADJ.AREA   STYLE  DESCRIPTION
     0.00   0.00   0.00  55.00 0.00   122,532                   0          2,508      51    Apt/Hotel - Low Rise

BEDROOMS: 0    BATHROOMS: 8    HALF-BATHS: 0   FLOORS: 1   UNITS: 8

SUBAREA INFORMATION
  DESCRIPTION                                    YEAR ON    ACTUAL AR   ADJ AREA    DEPR VAL
  Hotel Upper Floors                              2016       2,508       2,508      122,532

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                         POINTS
  Exterior                          17.00
  Electrical                        10.00
  Plumbing                          11.00
  Interior                          48.00
  Floor Finish                      14.00
  Structural Frame                   5.00
  Grade                             36.00
  TOTAL                            141.00

EXTRA FEATURES INFORMATION
  XFCD DESCRIPTION                      SEG   UNITS   UNITPRC ACYR EFYR DT NOTES         OR% %GD  DEPRECVAL   OVERRVAL

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

FOLIO   02 4203 001 0540   PROP ADDR 810 ALTON RD

2018 Current                                          BUILDING RECORD CARD                        Generated Date: 09/17/2019
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL        OFFICE OF THE PROPERTY APPRAISER                  Roll Year: 2018
                                                                STATUS: ACTIVE     EFLG:
                              ** Note: values are subject to change due to tax roll corrections **
------------------------------------------------------------------------------------------------------------------
BUILDING INFORMATION

BLDG# SEGID ACTYR EFFAGE  TYPE  DT  CLASS    GRADE   BASEPRICE   TOTADJPTS  ADJBASEPRC   ADJAREA   REPCOSTNEW
  1     3   1939  1959    0040  02    1        0       63.00       160       100.80       4,266     430,013

     FUNC   ECON   PHYS  %GOOD  ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE   ADJ.AREA   STYLE   DESCRIPTION
     0.00   0.00   0.00  55.00  0.00    236,507                    0        4,266      53    Apt/Hotel - 1 Story

BEDROOMS:  0   BATHROOMS:  9    HALF-BATHS:  0    FLOORS:  1   UNITS:  8

SUBAREA INFORMATION
  DESCRIPTION                            YEAR ON     ACTUAL AR    ADJ AREA    DEPR VAL
  Hotel 1st Floor                          2016        4,266       4,266      236,507

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                              POINTS
  Exterior                              17.00
  Electrical                            10.00
  Plumbing                              11.00
  Interior                              48.00
  Floor Finish                          10.00
  Roofing Structure                      8.00
  Roofing Cover                         10.00
  Foundation                            10.00
  Grade                                 36.00
  TOTAL                                160.00

EXTRA FEATURES INFORMATION
  CD DESCRIPTION                            SEG     UNITS    UNITPRC ACYR EFYR DT NOTES              OR% %GD  DEPRECVAL   OVERRVAL

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANTS' RESPONSE TO ORDER OF SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 6 of 15

FOLIO   02 4203 001 0540   PROP ADDR 810 ALTON RD

                                          PROPERTY RECORD CARD                     Generated Date: 09/17/2019
2018 Current                        OFFICE OF THE PROPERTY APPRAISER               Roll Year: 2018
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL                        STATUS: ACTIVE    EFLG:
                          ** Note: values are subject to change due to tax roll corrections **

-------------------------------------------------------------------------------------------------------
CURRENT OWNER AND MAILING:       LEGAL DESCRIPTION:                ACCOUNT FLAGS:
ALTON HOSTEL LLC                 FLEETWOOD SUB      PB 28-34        #  CAT TYPE DESCRIPTION           VALUE
                                 LOT 28      BLK 3
3700 SUNNYMEADE RD               AND PROP INT IN & TO COMMON
RUSTBURG VA 24588                ELEMENTS NOT DEDICATED TO PUBLIC
                                 LOT SIZE    70.000 X  150
                                 OR 17248-1833 0696 1
-------------------------------------------------------------------------------------------------------
MCD:        0200 Miami Beach                                    ZONING 1:    6400 COMMERCIAL - CENTRAL
CTCASE:     N         % CAP:  0.00    DISTRICT:      6           ZONING 2:    0000
HEX BASE YR: 0        PORT YR: 0      GPAR:          0           NON-HEX BASE YR:  2014
AG:         N         NFC:    N       EEL/CONS EASMNT: N         EEL/CONS COVENANT: N   NH CD: 20.00 FLAMINGO
-------------------------------------------------------------------------------------------------------
ADDITIONAL PROPERTY INFORMATION
  LOT SIZE:   10,500 S   BUILDING AREA:   9,663   L/B RATIO:   1.09   POOL:      N   AVG UNIT SIZE:   603.00
  BUILDINGS:      1      YEAR BLT:        1939   EFF AGE:     1959   UNITS:      16
  STRM:           0      BATH:              17   1/2 BTH:        0   EFF:         0
  1BD:            7      2BD:                1   3BD:            0   4BD:         0
-------------------------------------------------------------------------------------------------------
VALUE HISTORY:                    2016        2017        2018    $ UNIT OF MEASURE    $ PER UNIT

LAND VALUE                    2,625,000   2,625,000   2,625,000       250.00
BUILDING VALUE                1,975,000   1,975,000   1,975,000       204.39
MARKET VALUE                  4,600,000   4,600,000   4,600,000       476.04            287,500.00

ASSESSED VALUE                4,207,739   4,600,000   4,600,000
TOTAL EXEMPTION VALUE                 0           0           0

SALE HISTORY
      AMOUNT      DATE   I/V SALE TYPE    SALECD  ORBOOK  ORPG   GRANTOR                      GRANTEE
   4,656,000  02/21/2013  I  Unqualified    31   28502   1051   JOE COMESANA &W MERCY        ALTON HOSTEL LLC
     700,000  06/01/1996  I  Qualified      00   17248   1833
     277,000  05/01/1988  I  Qualified      00   13673   2547
           1  08/01/1976     Unqualified    01   00000   00000

PREVIOUS OWNER INFORMATION
01 ALTON RD REALTY INC           02 BERNARD GELFMAN TR              03 OR 9422 1658
04 JUAN SAN JORGE &W MIRIAM &     05 OR 13673-2547 0588 1            06 JUAN SAN JORGE &W MIRIAM
07 OR 14606-3566 0690 5           08                                 09

EXEMPTIONS:                       2016        2017        2018

THIS IS A TRUE COPY OF THE RECOR
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAIS

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT B Page 7 of 15

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 8 of 15

FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

```
2018 Current                                           BUILDING RECORD CARD              Generated Date: 09/17/2019
DOR CODE:      3921 HOTEL OR MOTEL : HOTEL      OFFICE OF THE PROPERTY APPRAISER         Roll Year: 2018
                                                                   STATUS: ACTIVE   EFLG:
                                       ** Note: values are subject to change due to tax roll corrections **
```

---

BUILDING INFORMATION

| BLDG# | SEGID | ACTYR | EFFAGE | TYPE | DT | CLASS | GRADE | BASEPRICE | TOTADJPTS | ADJBASEPRC | ADJAREA | REPCOSTNEW |
|-------|-------|-------|--------|------|----|-------|-------|-----------|-----------|------------|---------|------------|
| 1 | 4 | 1995 | 1995 | 0040 | 02 | 1 | 0 | 63.00 | 156 | 98.28 | 199 | 19,558 |

| FUNC | ECON | PHYS | %GOOD | ITEMS | DEPRVALUE | OVERRVALUE | TOTALVALUE | ADJ.AREA | STYLE | DESCRIPTION |
|------|------|------|-------|-------|-----------|------------|------------|----------|-------|-------------|
| 0.00 | 0.00 | 0.00 | 80.00 | 0.00 | 15,646 | | 0 | 199 | 53 | Apt/Hotel - 1 Story |

BEDROOMS: 0    BATHROOMS: 0    HALF-BATHS: 0    FLOORS: 1    UNITS: 0

SUB AREA INFORMATION

| DESCRIPTION | YEAR ON | ACTUAL AR | ADJ AREA | DEPR VAL |
|-------------|---------|-----------|----------|----------|
| Hotel 1st Floor | 2016 | 189 | 189 | 14,860 |
| Storage/Util | 2016 | 21 | 10 | 786 |

STRUCTURAL ELEMENTS INFORMATION

| CATEGORY | POINTS |
|----------|--------|
| Exterior | 17.00 |
| Electrical | 10.00 |
| Plumbing | 11.00 |
| Interior | 48.00 |
| Floor Finish | 10.00 |
| Roofing Structure | 8.00 |
| Roofing Cover | 6.00 |
| Foundation | 10.00 |
| Grade | 36.00 |
| TOTAL | 156.00 |

EXTRA FEATURES INFORMATION

| XFCD DESCRIPTION | SEG | UNITS | UNITPRC | ACYR | EFYR | DT | NOTES | OR% | %GD | DEPRECVAL | OVERRVAL |
|------------------|-----|-------|---------|------|------|----|-------|-----|-----|-----------|----------|

```
            TOTAL SEG ADJ VALUE BLDG   1:       519,158
            TOTAL XF ADJ VALUE BLDG    1:        39,317
            TOTAL SEG AND XF ADJ VALUE BLDG  1:  558,475
            TOTAL SEG AND XF SITE VALUE BLDG 1:  558,475
```

---

```
            TOTAL ADJ VALUE OF ALL BUILDINGS AND XF   :     558,475
            TOTAL AREA (ADJ SQ FT) OF ALL BUILDINGS   :       9,663
            TOTAL SITE VALUE OF ALL BUILDINGS AND XF  :   1,975,000
            TOTAL IMPROVEMENT VALUE                   :   1,975,000
```

THIS IS A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF THE MIAMI DADE COUNTY PROPERTY APPRAISER

DO NOT PAY
THIS IS NOT A BILL

NOTICE OF PROPOSED PROPERTY TAXES
PROPOSED OR ADOPTED AD VALOREM ASSESSMENTS
MIAMI-DADE COUNTY TAXING AUTHORITIES

11 NW First Street, Suite 710
Miami, Fl 33128-1984

06

179738      XA1

Reprint of FOLIO: 02-4203-001-0540   3921

ALTON HOSTEL LLC
3200 SUNNYMEADE RD
RUSTBURG, VA  24588
USA

FOLIO: 02-4203-001-0540
MILLAGE CODE: 0200

PROPERTY ADDRESS:
810 ALTON RD

LEGAL DESCRIPTION:
FLEETWOOD SUB     PB 28-34
LOT 28     BLK 3
AND PROP INT IN & TO COMMON

## TAXING AUTHORITIES

| TAX INFORMATION | COLUMN 1 | COLUMN 2 | | COLUMN 3 | COLUMN 4 If NO Budget Change is Adopted Rolled-back | | COLUMN 5 If Proposed Budget Change is Adopted | |
|---|---|---|---|---|---|---|---|---|
| TAXING AUTHORITY | Last Year's Taxable Value | Last Year's Tax Rate (millage) | Your Property Taxes Last Year | Current Taxable Value | Tax Rate (millage) | Taxes | Tax Rate (millage) | Taxes |
| **MIAMI-DADE COUNTY:** | | | | | | | | |
| Countywide | 4,207,739 | 4.6669 | 19,637.10 | 4,600,000 | 4.3741 | 20,120.86 | 4.6669 | 21,467.74 |
| Library | 4,207,739 | 0.2840 | 1,195.00 | 4,600,000 | 0.2658 | 1,222.68 | 0.2840 | 1,306.40 |
| **PUBLIC SCHOOLS:** | | | | | | | | |
| By State Law | 4,600,000 | 4.8900 | 22,494.00 | 4,600,000 | 4.5830 | 21,081.80 | 4.5260 | 20,819.60 |
| By Local Board | 4,600,000 | 2.2480 | 10,340.80 | 4,600,000 | 2.1069 | 9,691.74 | 2.2480 | 10,340.80 |
| **MUNICIPAL:** | | | | | | | | |
| Miami Beach | 4,207,739 | 5.7092 | 24,022.82 | 4,600,000 | 5.3174 | 24,460.04 | 5.7224 | 26,323.04 |
| **WATER MANAGEMENT:** | | | | | | | | |
| SFWM District | 4,207,739 | 0.1359 | 571.83 | 4,600,000 | 0.1275 | 586.50 | 0.1275 | 586.50 |
| Everglades CP | 4,207,739 | 0.0471 | 198.18 | 4,600,000 | 0.0441 | 202.86 | 0.0441 | 202.86 |
| Okeechobee Basin | 4,207,739 | 0.1477 | 621.48 | 4,600,000 | 0.1384 | 636.64 | 0.1384 | 636.64 |
| **INDEPENDENT DISTRICT:** | | | | | | | | |
| F.I.N.D. | 4,207,739 | 0.0320 | 134.65 | 4,600,000 | 0.0300 | 138.00 | 0.0320 | 147.20 |
| Children's Trust | 4,207,739 | 0.5000 | 2,103.87 | 4,600,000 | 0.4673 | 2,149.58 | 0.4673 | 2,149.58 |
| **VOTER APPROVED DEBT PAYMENTS:** | | | | | | | | |
| County Debt | 4,207,739 | 0.4000 | 1,683.10 | 4,600,000 | 0.4000 | 1,840.00 | 0.4000 | 1,840.00 |
| School Debt | 4,600,000 | 0.1840 | 846.40 | 4,600,000 | 0.2200 | 1,012.00 | 0.2200 | 1,012.00 |
| City Debt | 4,207,739 | 0.1796 | 755.71 | 4,600,000 | 0.1664 | 765.44 | 0.1664 | 765.44 |
| **TOTAL AD VALOREM PROPERTY TAXES** | | | 84,604.94 | | | 83,908.14 | | 87,597.80 |
| **TOTAL AD VALOREM AND NON-AD VALOREM PROPERTY TAXES** | | | 84,604.94 | | | 83,908.14 | | 87,597.80 |

| HEARING INFORMATION | The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing. |
|---|---|
| **TAXING AUTHORITY** | **PUBLIC HEARING DATE, LOCATION AND TIME** |
| Miami-Dade County | 9/07, 5:01 PM, BOARD OF COUNTY COMMISSION CHAMBERS, 111 NW 1 ST, 2ND FL., (305) 499-8766 |
| Public Schools | 9/06, 6:00 PM, SCHOOL BOARD AUDITORIUM, 1450 NE 2 AVE, MIAMI, (305) 995-1226 |
| Miami Beach | 9/13, 5:01 PM, CITY HALL, 1700 CONVENTION CENTER DR, 3 FL, (305) 673-7000 EXT 6396 |
| Water Management Districts | 9/14, 5:15 PM, SFWMD AUDITORIUM, 3301 GUN CLUB RD, B-1 BLDG, WPB, FL, (561) 686-8800 |
| F.I.N.D. | 9/07, 5:30 PM, RIVIERA BCH MARINA EVENT CENTER, 190 E 13 ST, RIVIERA BEACH, (561) 627-3386 |
| Children's Trust | 9/11, 5:01 PM, UNITED WAY-ANSIN BLDG, RYDER ROOM, 3250 SW 3 AVE, MIAMI, (305) 571-5700 |

| NON-AD VALOREM ASSESSMENTS | | | | |
|---|---|---|---|---|
| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT Provided on this Notice at the request of governing boards. Tax Collector will include on November Tax Bill. | UNITS | RATE | ASSESSMENT |
| | | | | |
| **TOTAL NON-AD VALOREM ASSESSMENTS (This amount is included in Total Property Taxes above)** | | | | 0.00 |

## PROPERTY APPRAISER

| VALUE INFORMATION | MARKET VALUE | ASSESSED VALUE – School levy | ASSESSED VALUE - Non-School levy |
|---|---|---|---|
| PRIOR VALUE (2016) | 4,600,000 | 4,600,000 | 4,207,739 |
| CURRENT VALUE (2017) | 4,600,000 | 4,600,000 | 4,600,000 |

| ASSESSMENT REDUCTIONS | APPLIES TO | 2016 REDUCTION AMOUNT | 2017 REDUCTION AMOUNT |
|---|---|---|---|
| 10% Cap Benefit | Non-School Taxes | 392,261 | 0 |

| EXEMPTIONS | APPLIES TO | 2016 EXEMPTION AMOUNT | 2017 EXEMPTION AMOUNT |
|---|---|---|---|
| | | | |

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected, please contact the Miami-Dade County Property Appraiser at: (305) 375-4712  111 NW 1 STREET 8TH FLOOR  (8:00 AM TO 5:00 PM)

If the Property Appraiser is unable to resolve the matter as to market value, classification or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://www.miami-dadeclerk.com/property_vab.asp. Petitions must be filed on or before SEPT. 18, 2017.

Your final tax bill may contain non-ad valorem assessments which may not be reflected on this note, such as assessments for road, fire, garbage, lighting, drainage, water, sewer or other governmental services and facilities which may be levied by your county, city or any special district.

See 2017 Online TRIM Guide for Explanations of the Columns above

THIS IS A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF THE MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT "1" - Page 10 of 15

```
FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

                              PROPERTY RECORD CARD              Generated Date: 09/17/2019
2017 - Current               OFFICE OF THE PROPERTY APPRAISER   Roll Year: 2017
DOR CODE:    3921 HOTEL OR MOTEL : HOTEL          STATUS: ACTIVE    EFLG:
                  ** Note: values are subject to change due to tax roll corrections **
------------------------------------------------------------------------------------------
CURRENT OWNER AND MAILING:     LEGAL DESCRIPTION:           ACCOUNT FLAGS:
ALTON HOSTEL LLC                 FLEETWOOD SUB      PB 28-34    #  CAT TYPE DESCRIPTION          VALUE
                                 LOT 28          BLK 3
3100 SUNNYMEADE RD               AND PROP INT IN & TO COMMON
RUSTBURG VA 24588                ELEMENTS NOT DEDICATED TO PUBLIC
                                 LOT SIZE   70.000 X  150
                                 OR 17248-1833 0696 1
------------------------------------------------------------------------------------------
MCD:       0200 Miami Beach                      ZONING 1:    6400 COMMERCIAL - CENTRAL
CTCODE:    N          % CAP:  0.00   DISTRICT:      6    ZONING 2:    0000
HEX BASE YR:  0       PORT YR: 0     GPAR:          0    NON-HEX BASE YR:  2014
AG:        N          NFC:    N      EEL/CONS EASMNT: N    EEL/CONS COVENANT: N   NH CD: 20.00 FLAMINGO
------------------------------------------------------------------------------------------
ADDITIONAL PROPERTY INFORMATION
  LOT SIZE:    10,500 S    BUILDING AREA:    9,663   L/B RATIO:   1.09   POOL:     N   AVG UNIT SIZE:   603.00
  BUILDINGS:       1       YEAR BLT:         1939    EFF AGE:     1959   UNITS:    16
  1BDRM:           0       BATH:               17    1/2 BTH:        0   EFF:       0
  1BD:             7       2BD:                 1    3BD:            0   4BD:       0
------------------------------------------------------------------------------------------
VALUE HISTORY:                   2015       2016      2017   $ UNIT OF MEASURE    $ PER UNIT

LAND VALUE                  1,890,000  2,625,000  2,625,000      250.00
BUILDING VALUE              1,910,000  1,975,000  1,975,000      204.39
MARKET VALUE                3,800,000  4,600,000  4,600,000      476.04          287,500.00

ASSESSED VALUE              3,800,000  4,207,739  4,600,000
TOTAL EXEMPTION VALUE               0          0          0

SALE HISTORY
        AMOUNT        DATE   I/V SALE TYPE   SALECD  ORBOOK  ORPG  GRANTOR              GRANTEE
      4,656,000  02/21/2013   I  Unqualified    31   28502  1051  JOE COMESANA &W MERCY  ALTON HOSTEL LLC
        700,000  06/01/1996   I  Qualified      00   17248  1833
        277,000  05/01/1988   I  Qualified      00   13673  2547
              1  08/01/1976      Unqualified    01   00000  00000

PREVIOUS OWNER INFORMATION
01 ALTON RD REALTY INC          02 BERNARD GELFMAN TR         03 OR 9422 1658
04 JUAN SAN JORGE &W MIRIAM &   05 OR 13673-2547 0588 1       06 JUAN SAN JORGE &W MIRIAM
07 OR 14606-3566 0690 5         08                            09

EXEMPTIONS:                      2015       2016      2017
```

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 11 of 15

```
FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD
                                              LAND RECORD CARD                        Generated Date: 09/17/2019
2017 Current                           OFFICE OF THE PROPERTY APPRAISER               Roll Year: 2017
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL                          STATUS: ACTIVE   EFLG:
                       ** Note: values are subject to change due to tax roll corrections **
-----------------------------------------------------------------------------------------------------------------
TOT LOT SIZE:     10,500 S    USE CODE:       3921    ZONING 1: 6400 COMMERCIAL - CENTRAL
MKT LND VAL:   2,625,000      OVERALL RATE:    0.00   ZONING 2: 0000
AG MKT VAL:            0      AG VALUE:           0   AG DIFF:            0
ZNG ORDN:                     LND CHG:                LND CHG DATE:

MARKET LAND
  CODE DESCRIPTION                 ZONE TYP   FF  DEPTH    DFAC   %COND      UNITS      UNITPRC    ADJUPRC     VALUE    OVERRVAL
  0.0  GENERAL                     6400  S   0.00  0.00  1.0000   1.00   10,500.00      250.00     250.00   2,625,000
   INF CODE  REASON


CLASSIFIED AG

MARKET AG
```

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANT'S RESPONSE TO PAUSE CAUSE COUNT EXHIBIT 2 - Page 12 of 15

FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

```
                                                BUILDING RECORD CARD                    Generated Date: 09/17/2019
2017 Current                                  OFFICE OF THE PROPERTY APPRAISER          Roll Year: 2017
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL                              STATUS: ACTIVE    EFLG:
                                     ** Note: values are subject to change due to tax roll corrections **
--------------------------------------------------------------------------------------------------------------------
BUILDING INFORMATION
  BLDG# SEGID ACTYR EFFAGE  TYPE  DT  CLASS      GRADE   BASEPRICE   TOTADJPTS  ADJBASEPRC   ADJAREA   REPCOSTNEW
    1     1   1939  1959    0040  02    1          0       63.00        155       97.65       2,690     262,678

        FUNC   ECON   PHYS  %GOOD  ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE   ADJ.AREA    STYLE   DESCRIPTION
        0.00   0.00   0.00  55.00  0.00   144,473                    0          2,690       61    Retail Row Store

BEDROOMS:  0       BATHROOMS:  0       HALF-BATHS:  0     FLOORS:  2    UNITS:  0

SUBAREA INFORMATION
  DESCRIPTION                                    YEAR ON      ACTUAL AR     ADJ AREA     DEPR VAL
  Retail                                          2016          2,646        2,646       142,110
  Storage/Util                                    2016            60            30         1,611
  Stairs, Exterior Open                           2016            42            14           752

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                                       POINTS
  Exterior Wall                                   30.00
  Electrical                                      12.00
  Plumbing                                         8.00
  Interior Walls                                  22.00
  Interior Flooring                               8.00
  Roofing Structure                              14.00
  Roofing Cover                                   7.00
  Foundation                                      13.00
  Frame                                           5.00
  Grade                                           36.00
  TOTAL                                          155.00

EXTRA FEATURES INFORMATION
  XFCD DESCRIPTION                               SEG   UNITS   UNITPRC ACYR EFYR DT NOTES           OR% %GD  DEPRECVAL  OVERRVAL
  0119 Sprinkler System/Auto - Dry (Halon, Chemical)  1    40      1.75 1989 1989 02 Permit B8900374  1   1       53
  0004 Cent A/C - Comm (Aprox 300 sqft/Ton)      1     25  1,500.00 1985 1985 02                  1   1    26,625
  0253 Wrought Iron Fence                         1     25     43.00 1990 1990 02                  1   1       817
  2695 Patio - Wood Deck                          1  1,836      7.00 2010 2010 02 EST              1   1    12,338
        TOTAL XF VALUE BLDG   1:          39,833
```

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANT'S RESPONSE TO CITY OF MIAMI CAUSE - COMPOSITE EXHIBIT 2 - Page 13 of 15

```
FOLIO   02 4203 001 0540  PROP ADDR 810 ALTON RD

2017 Current                                          BUILDING RECORD CARD              Generated Date: 09/17/2019
DOR CODE:      3921 HOTEL OR MOTEL : HOTEL         OFFICE OF THE PROPERTY APPRAISER      Roll Year: 2017
                                                                    STATUS: ACTIVE    EFLG:
                                 ** Note: values are subject to change due to tax roll corrections **
-----------------------------------------------------------------------------------------------------------------
BUILDING INFORMATION
  BLDG# SEGID ACTYR EFFAGE  TYPE  DT  CLASS    GRADE   BASEPRICE   TOTADJPTS  ADJBASEPRC   ADJAREA   REPCOSTNEW
    1     2   1939   1959   0040  02    1        0       63.00        141       88.83      2,508      222,786

      FUNC    ECON   PHYS   %GOOD ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE   ADJ.AREA    STYLE   DESCRIPTION
      0.00    0.00   0.00   55.00 0.00    122,532                    0         2,508       51    Apt/Hotel - Low Rise

BEDROOMS:  0    BATHROOMS:  8     HALF-BATHS:  0    FLOORS:  1   UNITS:  8

SUBAREA INFORMATION
  DESCRIPTION                                  YEAR ON     ACTUAL AR    ADJ AREA    DEPR VAL
  Hotel Upper Floors                            2016        2,508        2,508     122,532

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                         POINTS
  Exterior                          17.00
  Electrical                        10.00
  Plumbing                          11.00
  Interior                          48.00
  Floor Finish                      14.00
  Structural Frame                   5.00
  Grade                             36.00
  TOTAL                            141.00

EXTRA FEATURES INFORMATION
  XCD DESCRIPTION                    SEG    UNITS    UNITPRC ACYR EFYR DT NOTES       OR% %GD  DEPRECVAL    OVERRVAL
```

THIS IS A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF THE MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE COMPOSITE EXHIBIT 2 - Page 14 of 15

```
FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

2017 Current                                      BUILDING RECORD CARD               Generated Date: 09/17/2019
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL     OFFICE OF THE PROPERTY APPRAISER       Roll Year: 2017
                                                                 STATUS: ACTIVE    EFLG:
                              ** Note: values are subject to change due to tax roll corrections **
-------------------------------------------------------------------------------------------------
BUILDING INFORMATION
  BLDG# SEGID ACTYR EFFAGE TYPE DT CLASS     GRADE  BASEPRICE  TOTADJPTS ADJBASEPRC  ADJAREA  REPCOSTNEW
    1     3  1939  1959  0040 02    1          0      63.00       160    100.80      4,266   430,013

     FUNC   ECON   PHYS  %GOOD ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE   ADJ.AREA   STYLE  DESCRIPTION
     0.00   0.00   0.00  55.00  0.00   236,507                   0        4,266      53   Apt/Hotel - 1 Story

BEDROOMS:  0     BATHROOMS:  9     HALF-BATHS:  0    FLOORS:  1   UNITS:  8

SUBAREA INFORMATION
  DESCRIPTION                           YEAR ON    ACTUAL AR   ADJ AREA   DEPR VAL
  Hotel 1st Floor                        2016        4,266      4,266    236,507

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                              POINTS
  Exterior                              17.00
  Electrical                            10.00
  Plumbing                              11.00
  Interior                              48.00
  Floor Finish                          10.00
  Roofing Structure                      8.00
  Roofing Cover                         10.00
  Foundation                            10.00
  Grade                                 36.00
  TOTAL                                160.00

EXTRA FEATURES INFORMATION
  XCD DESCRIPTION                 SEG   UNITS   UNITPRC ACYR EFYR DT NOTES        OR% %GD  DEPRECVAL   OVERRVAL
```

THIS IS A TRUE COPY OF THE RECORD
ON FILE IN THE OFFICE OF THE
MIAMI DADE COUNTY PROPERTY APPRAISER

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE - COMPOSITE EXHIBIT 2 - Page 15 of 15

```
FOLIO  02 4203 001 0540  PROP ADDR 810 ALTON RD

                                              BUILDING RECORD CARD             Generated Date: 09/17/2019
2017 Current                              OFFICE OF THE PROPERTY APPRAISER     Roll Year: 2017
DOR CODE:     3921 HOTEL OR MOTEL : HOTEL
                                                          STATUS: ACTIVE    EFLG:
                            ** Note: values are subject to change due to tax roll corrections **
---------------------------------------------------------------------------------------------------------
BUILDING INFORMATION
  BLDG# SEGID ACTYR EFFAGE  TYPE  DT  CLASS    GRADE   BASEPRICE  TOTADJPTS  ADJBASEPRC   ADJAREA  REPCOSTNEW
    1    4   1995   1995   0040  02    1         0      63.00       156       98.28        199    19,558

     FUNC   ECON   PHYS  %GOOD ITEMS  DEPRVALUE  OVERRVALUE  TOTALVALUE  ADJ.AREA    STYLE   DESCRIPTION
     0.00   0.00   0.00  81.00 0.00    15,842                    0         199        53    Apt/Hotel - 1 Story

BEDROOMS:  0     BATHROOMS:  0      HALF-BATHS:  0    FLOORS:  1   UNITS:  0

SUB AREA INFORMATION
  DESCRIPTION                                    YEAR ON     ACTUAL AR   ADJ AREA    DEPR VAL
  Hotel 1st Floor                                 2016          189        189       15,046
  Storage/Util                                    2016           21         10          796

STRUCTURAL ELEMENTS INFORMATION
  CATEGORY                                      POINTS
  Exterior                                       17.00
  Electrical                                     10.00
  Plumbing                                       11.00
  Interior                                       48.00
  Floor Finish                                   10.00
  Roofing Structure                               8.00
  Roofing Cover                                   6.00
  Foundation                                     10.00
  Grade                                          36.00
  TOTAL                                         156.00

EXTRA FEATURES INFORMATION
  XCD DESCRIPTION
                                        SEG     UNITS    UNITPRC ACYR EFYR DT NOTES      OR% %GD  DEPRECVAL  OVERRVAL

          TOTAL SEG ADJ VALUE BLDG    1:    519,354
          TOTAL XF ADJ VALUE BLDG     1:     39,833
          TOTAL SEG AND XF ADJ VALUE BLDG    1:    559,187
          TOTAL SEG AND XF SITE VALUE BLDG   1:    559,187
---------------------------------------------------------------------------------------------------------
          TOTAL ADJ VALUE OF ALL BUILDINGS AND XF   :     559,187
          TOTAL AREA (ADJ SQ FT) OF ALL BUILDINGS   :       9,663
          TOTAL SITE VALUE OF ALL BUILDINGS AND XF  :   1,975,000
          TOTAL IMPROVEMENT VALUE                   :   1,975,000
```

THIS IS A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF THE MIAMI DADE COUNTY PROPERTY APPRAISER