UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-23825-UU

GORDON BELLO,

    Plaintiff,

v.

JERRY FALWELL,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Response to Order to Show Cause. D.E. 7 (the "Response").

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Through his Response, Defendant has demonstrated by a preponderance of the evidence that Plaintiff's claim for damages meets the jurisdictional minimum. *See Wineberger v. RaceTrac Petroleum, Inc.*, 672 F. App'x 914, 916–17 (11th Cir. 2016). Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Local Rule 7.2, Plaintiff SHALL file his memorandum in opposition to the pending motion to dismiss (D.E. 5) **on or before September 27, 2019**.

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of September, 2019.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf