UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-23825-UU

GORDON BELLO,

    Plaintiff,
v.

JERRY FALWELL,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Stay Proceeding Pending Motion to Enforce Settlement, Alternatively for Enlargement of Time. D.E. 9 (the "Motion"). Having considered the Motion and pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 9, is GRANTED IN PART. The Court will not stay these proceedings but will grant an extension of time to and until **October 17, 2019**, for Plaintiff to respond to the pending motion to dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of September, 2019.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf