UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1-19-CV-23825-UU

GORDON BELLO,

    Plaintiff,

vs.

JERRY FALWELL, JR.,

    Defendant.

_____/

## JOINT STIPULATION OF SETTLEMENT AND

## REQUEST FOR RESERVATION OF JURISDICTION

Plaintiff, Gordon Bello, and Defendant, Jerry Falwell, Jr., by their respective undersigned attorneys, do hereby stipulate that a settlement has been reached between the parties as follows:

Upon the receipt of monetary sum (already agreed upon between the parties) to be paid to the Plaintiff by the Defendant, the Plaintiff will provide a signed general release to the Defendant (an executed copy of which is being held by Defendant's counsel for consummation of the settlement agreement) and the Plaintiff will dismiss this lawsuit with prejudice, each side to pay its own fees and costs.   The parties are able to consummate their settlement promptly after the Court's ruling on the Plaintiff's Motion To Deny Charging Lien filed Oct. 4, 2019.

The Plaintiff and Defendant request that the Court reserve jurisdiction over the parties and the charging lien in order to consummate the parties' settlement agreement.

    SO STIPULATED on Oct. 4, 2019:

                              By:   /s/ Michael L. Addicott
                                    Michael L. Addicott / FBN 456446
                                    mlaesq@addicottlaw.com
                                    ADDICOTT & ADDICOTT, P.A.
                                    900 N. Federal Highway, Suite 201
                                    Hallandale Beach, FL 33009
                                    Phone  (954) 454-2605
                                    Attorney for Mr. Bello /Plaintiff

By: /s/ Joshua B. Spector
Joshua B. Spector (FBN 584142)
joshua@spectorlegal.com
LAW OFFICES OF JOSHUA SPECTOR, P.A.
283 Catalonia Ave., Second Floor
Coral Gables, FL 33134
Phone (786) 786-7272
Attorney for Mr. Falwell/ Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Oct. 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which serves a copy on all counsel of record and served Donald R. Jones, Esq. and Law Offices of Donald R. Jones, by fax 1-305-728-0537;  by US Mail to:  Donald R. Jones, Esq. and Law Offices of Donald R. Jones, 4090 Laguna St., 2nd Floor, Coral Gables, FL 33146 and by email to  djones@drjpa.com


By: /s/ Michael L. Addicott

Michael L. Addicott / FBN 456446
mlaesq@addicottlaw.com
ADDICOTT & ADDICOTT, P.A.
900 N. Federal Highway, Suite 201
Hallandale Beach, FL 33009
Phone  (954) 454-2605
Attorney for Mr. Bello /Plaintiff