UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1-19-CV-23825-UU

GORDON BELLO,

    Plaintiff

v.

JERRY FALWELL, JR.,

    Defendant.
_____/

**LIENORS RESPONSE TO ORDER TO SHOW CAUSE AND CONSENT TO REMAND**

Lienors, DONALD R. JONES, ESQ. and LAW OFFICES OF DONALD R. JONES, P.A., (collectively, "DRJ") responds to the Order to Show Cause filed October 09, 2019 (D.E. 15) and hereby consents to the Court remanding the Lienors Notice of Charging Lien for adjudication in state court for determination of the DRJ lien (entitlement and amount) with the Court reserving jurisdiction over the parties until the settlement stipulation has been consummated as requested in Plaintiff's response to Order to Show Cause (D.E. 18).

        **DONALD R. JONES, ESQ**
        **DONALD R. JONES, P.A.**
        4090 Laguna Street, 2nd Floor
        Coral Gables, Florida 33146
        Phone: (305) 643-0330
        Fax: (305) 728-0537
        Email: djones@drjpa.com

By: _____
        Donald R. Jones, Esq.
        Florida Bar No. 796867

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served to MICHAEL L. ADDICOTT, ESQ., Addicott and Addicott, P.A., Attorney for Plaintiff, 900 N. Federal Highway, Suite 201, Hallandale Beach, Florida 33009 via email at mlaesq@addicottlaw.com and with the Clerk of Court by using the CM/ECF system on October 17th, 2019.

By: /s/ Donald R. Jones

**DONALD R. JONES, ESQ.**
**DONALD R. JONES, P.A.**
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Phone: (305) 643-0330
Fax: (305) 728-0537
Email: djones@drjpa.com