## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-23825-UU

GORDON BELLO,

      Plaintiff,

v.

JERRY FALWELL, JR.,

      Defendants.

_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Stay Proceeding Pending Consummation of Settlement Upon Court's Ruling on Plaintiff's Motion to Deny Attorney Charging Lien, Alternatively, to Be Excused from Pending Compliances or for Extension of Time (the "Motion"). D.E. 12. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 13, 2019, Defendant removed this one-count breach of contract action to this Court from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. D.E. 1. On October 4, 2019, the parties filed a Joint Stipulation of Settlement, D.E. 14, which states that the parties have agreed upon a monetary sum to settle the case, and Plaintiff has already signed a general release of claims against Defendant, but that the parties will not consummate their settlement until the Court rules on Plaintiff's pending Motion to Deny Charging Lien (D.E. 11) (the "Charging Lien Motion").

On October 9, 2019, the Court administratively closed this case, D.E. 16, and ordered briefing on why it should not deny the Charging Lien Motion for lack of jurisdiction, D.E. 15. By separate order entered contemporaneously herewith, the Court has remanded the Charging Lien

Motion to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Accordingly,

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **November 17, 2019**.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated. This case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of October, 2019.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record