UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1-19-CV-23825-UU

GORDON BELLO,

    Plaintiff,

vs.

JERRY FALWELL, JR.,
    Defendant.
_____/

**STIPULATION OF SETTLEMENT**

Plaintiff, Gordon Bello, and Defendant, Jerry Falwell, Jr., by their respective undersigned attorneys, do hereby stipulate that settlement has been consummated between the parties. The Plaintiff acknowledges receipt of settlement funds and Defendant acknowledges receipt of Plaintiff's signed Release.  The parties hereby stipulate to a dismissal with prejudice of the above styled case with each side to pay its own fees and costs per the Joint Stipulation of Settlement filed 10/04/2019; [D.E. 14].

    SO STIPULATED on Nov. 15, 2019:

        By: /s/ Michael L. Addicott
        Michael L. Addicott / FBN 456446
        mlaesq@addicottlaw.com
        ADDICOTT & ADDICOTT, P.A.
        900 N. Federal Highway, Suite 201
        Hallandale Beach, FL 33009
        Phone  (954) 454-2605
        Attorney for Mr. Bello /Plaintiff

        By: /s/ Joshua B. Spector
        Joshua B. Spector (FBN 584142)
        joshua@spectorlegal.com
        LAW OFFICES OF JOSHUA SPECTOR, P.A.
        283 Catalonia Ave., Second Floor
        Coral Gables, FL 33134
        Phone (786) 786-7272
        Attorney for Mr. Falwell/ Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Nov. 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which serves a copy on all counsel of record and served Donald R. Jones, Esq. and Law Offices of Donald R. Jones,  Donald R. Jones, Esq. and Law Offices of Donald R. Jones, 4090 Laguna St., 2nd Floor, Coral Gables, FL 33146 by email to djones@drjpa.com

By:  /s/ Michael L. Addicott

Michael L. Addicott / FBN 456446
mlaesq@addicottlaw.com
ADDICOTT & ADDICOTT, P.A.
900 N. Federal Highway, Suite 201
Hallandale Beach, FL 33009
Phone  (954) 454-2605
Attorney for Mr. Bello /Plaintiff