UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-23825-CV-UNGARO

GORDON BELLO,

      Plaintiff,

v.

JERRY FALWELL, JR.,

      Defendant.                         /

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation of Settlement, D.E. 27 (the "Stipulation"), and the Court having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Stipulation is approved, and this case is hereby dismissed with prejudice as to all parties and all claims, each party bearing its own costs and attorney's fees. The case remains closed.

DONE AND ORDERED in Chambers in Miami, Florida this _18th__ day of November, 2019.

*[signature: Ursula Ungaro]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record